UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GOODWIN, | ) |
| Petitioner, | ) |
| vs. | ) Case number 4:09cv0083 TCM |
| DOUGLAS BURRIS, | ) |
| Respondent. | ) |

## ORDER

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  20th  day of January, 2009.